636

Harry Jacobson, appellee, v. Abraham M. Liebling, appellant. Gen. No. 34,277.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Joseph Rosenberg and Benjamin Rosenberg, for appellant. Isador Becker, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Ernest C. Reniff, appellee, v. Russell S. Clark, appellant. Gen. No. 34,286.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Cochrane & George, for appellant. Ernest C. Reniff, *pro se.*

Mr. Justice Gridley delivered the opinion of the court.

Joseph Popiel, appellee, v. Pullman Car & Manufacturing Corporation, appellant. Bronis Kulak, intervening petitioner. Gen. No. 34,296.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Novak & Novak, for appellant. Rothstein & Kohn, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Joseph Popiel, plaintiff and appellee, v. Pullman Car & Manufacturing Corporation, defendant, on appeal of Bronis Kulak, intervening petitioner. Gen. No. 34,306.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Novak & Novak, for appellant. Rothstein & Kohn, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Fred Yarbrough, appellee, v. Great Northern Casualty Company, appellant. Gen. No. 34,307.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

George E. Arthur, for appellant. A. L. Williams, for appellee; George H. Sugrue, of counsel.

Mr. Justice Gridley delivered the opinion of the court.